# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                         **PLAINTIFF**

**VS.**                                **CRIMINAL ACTION NUMBER: 3:21-CR-51-DJH**

**SAMIR RAHMATUALLAH LADHANI**                                **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on June 9, 2021 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Erin G. McKenzie, Assistant United States Attorney |
| For the defendant: | Defendant Samir Rahmatuallah Ladhani - Present |
| | Kayla M. Campbell and Kent Wicker, retained counsel - Present |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights.

The defendant, through counsel, having advised the Court of his intent to enter a guilty plea,

**IT IS HEREBY ORDERED** that this case is scheduled for a plea hearing on <u>**June 17, 2021 at 10:30 a.m.**</u> before the Honorable David J. Hale, United States Magistrate Judge.

At the recommendation of the Probation Office and by agreement of the United States,

**IT IS FURTHER ORDERED** that the defendant is released on his own recognizance pending further order of the Court.

This 9th day of June, 2021          **ENTERED BY ORDER OF THE COURT:**
                                                       **REGINA S. EDWARDS**
                                                       **UNITED STATES MAGISTRATE JUDGE**
                                                       **JAMES J. VILT, JR., CLERK**
                                                       **BY:** *Ashley Henry -* **Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|10